**No. 09-958. David Maxwell-Jolly, Director, California Department of Health Care Services, Petitioner v. Independent Living Center of Southern California, Inc., et al. (two judgments).**

**No. 09-1158. David Maxwell-Jolly, Director, California Department of Health Care Services, Petitioner v. California Pharmacists Association, et al.; David Maxwell-Jolly, Director, California Department of Health Care Services, Petitioner v. California Hospital Association, et al.; David Maxwell-Jolly, Director, California Department of Health Care Services, Petitioner v. Independent Living Center of Southern California, Inc., et al.; and David Maxwell-Jolly, Director, California Department of Health Care Services, Petitioners v. Lydia Dominguez, By and Through Her Mother and Next Friend, Lisa Brown, et al.**

**No. 10-283. David Maxwell-Jolly, Director, California Department of Health Care Services, Petitioner v. Santa Rosa Memorial Hospital, et al.**

562 U.S. 1177, 131 S. Ct. 992, 178 L. Ed. 2d 824, 2011 U.S. LEXIS 835.

January 18, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit granted limited to Question 1 presented by the petitions. The cases are consolidated and a total of one hour is allotted for oral argument.

Same cases below, (No. 09–958) 572 F.3d 644 (first judgment) and 342 Fed. Appx. 306 (second judgment); (No. 09–1158) 596 F.3d 1098 (first judgment), 563 F.3d 847 (second judgment), 374 Fed. Appx. 690 (third judgment), 596 F.3d 1087 (fourth judgment); and (No. 10–283) 380 Fed. Appx. 656.